Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| William Louis Yonan | ) Chapter 13 |
| Kimberly Ono Yonan | ) Case No.: 8:11-bk-13219-CB |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302432** in the sum of **$2,825.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    T. LINPISAL
    526 N RODEO DR
    BEVERLY HILLS, CA 90210

Date: September 19, 2016          __/S/_____
                                   Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1113219 | William Louis & Kimberly Ono Yonan | | XXX-XX-1299 | 2,825.00 | 0.00 | 2,825.00 |
| | ACCT: | Claim: 00017 | XXX-XX-4289 | | | |
| | | TOTALS | | 2,825.00 | 0.00 | 2,825.00 |

William Louis Yonan
Kimberly Ono Yonan
BALANCE:          0.00    [0.00 33/00017]
SSN: XXX-XX-1299    SSN: XXX-XX-4289
ACCT:                           CASE: 1113219
PRINCIPAL:    2,825.00    INTEREST:         0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302432

Sep 12, 2016
VOID 90 DAYS FROM DATE

*****$2,825.00

PAY   Two Thousand Eight Hundred Twenty Five And 00 / 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030243 2⑈ ⑆061100790⑆ 0000005751862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.